38 So.2d 203

**Wallace PIPER v. STATE.**
**6 Div. 649.**

Court of Appeals of Alabama.
Dec. 7, 1948.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Appeal dismissed.

38 So.2d 203

**Wallace PIPER v. STATE.**
**6 Div. 650.**

Court of Appeals of Alabama.
Dec. 7, 1948.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

39 So.2d 60

**Wallace PIPER v. STATE.**
**6 Div. 648.**

Court of Appeals of Alabama.
Dec. 14, 1948.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

41 So.2d 923

**Claude PIPPIN v. STATE.**
**6 Div. 758.**

Court of Appeals of Alabama.
April 26, 1949.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

38 So.2d 203

**Ross POLLOCK v. STATE.**
**4 Div. 69.**

Court of Appeals of Alabama.
Nov. 9, 1948.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

41 So.2d 924

**Melvin (alias General) POWELL v. STATE**
**6 Div. 761.**

Court of Appeals of Alabama.
April 26, 1949.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Appeal dismissed.